UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT TO REDUCE TAX** |
| v. | ) | **ASSESSMENTS TO JUDGMENT** |
| | ) | **AND FORECLOSE FEDERAL TAX** |
| RENATO M. ALMEDA, individually and as a | ) | **LIENS** |
| distributee of the Estate of Corazon C. Almeda; | ) | |
| ESTATE OF CORAZON C. ALMEDA; | ) | |
| JPMORGAN CHASE BANK, N.A.; | ) | |
| PNC BANK, N.A.; and | ) | |
| KING COUNTY, WASHINGTON, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America hereby complains and alleges as follows:

## INTRODUCTION

1.      This is a civil action by the United States to (1) reduce to judgment federal income tax assessments against Renato M. Almeda and the Estate of Corazon C. Almeda for the years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015; and (2) foreclose federal tax liens on the real property located at 5427 40th Avenue West, Seattle, Washington 98199 (the "Subject Property").

U.S. Complaint
(Case No. )

1

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

**JURISDICTION AND VENUE**

2.     This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service ("IRS"), a duly authorized delegate of the Secretary of the Treasury.

3.     The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.     Venue is proper in the Western District of Washington under 28 U.S.C. §§ 1391(b) and 1396. The tax liabilities at issue accrued in this district, the real property at issue is located within this district, and Renato M. Almeda resides within this district.

**DEFENDANTS**

5.     Renato M. Almeda is named as a defendant because he has unpaid federal tax liabilities for which the United States seeks a judgment, and because the United States has federal tax liens against his property and rights to property, including the Subject Property. Renato M. Almeda is also named as a defendant because he is Corazon C. Almeda's surviving spouse and distributee of her Estate.

6.     Upon information and belief, Corazon C. Almeda died intestate on February 20, 2016. The Estate of Corazon C. Almeda arose after Corazon C. Almeda's death, on February 20, 2016, and remains in effect as to the United States. *See, e.g.*, 28 U.S.C. § 2404; *Sequoia Prop. & Equip. Ltd. P'ship v. United States*, No. CV-F-97-5044-LJO, 2002 WL 32388132, at *3 (E.D. Cal. June 3, 2002); *Larson v. United States*, 340 F. Supp. 1197, 1199 (E.D. Wis. 1972).

7.     JPMorgan Chase Bank, N.A. is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

U.S. Complaint
(Case No. )

2

8.      PNC Bank, N.A. is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

9.      King County, Washington is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

## BACKGROUND

10.      Renato M. Almeda ("Renato") married Corazon C. Almeda ("Corazon") sometime prior to 1992.

11.      Renato and Corazon remained married until Corazon's death in 2016.

12.      Renato and Corazon resided in Washington from at least 1992 through 2016.

13.      Renato has resided in Washington from 2016 to the present.

14.      From at least 2005 until 2018, Renato operated a marine vessel and equipment repair business in Kent, Washington called Seven Stars Industries.

15.      From at least 2005 until about 2013, Corazon worked as a claims processor.

16.      Renato and Corazon filed joint federal income tax returns for the years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015.

17.      The Almedas paid the taxes shown on their returns for 2005, 2006, 2007, 2009, and 2010, but those returns did not accurately report their income or the taxes owed.

18.      The IRS audited the Almedas' 2005, 2006, and 2007 income tax returns and issued a notice of deficiency to the Almedas on May 11, 2009.

19.      Renato and Corazon did not contest the notice of deficiency, and the IRS assessed additional tax liabilities against Renato and Corazon for the years 2005, 2006, and 2007 as determined in the notice of deficiency.

20.      The IRS audited the Almedas' 2009 and 2010 income tax returns.

U.S. Complaint
(Case No. )

3

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1    21.    Renato and Corazon agreed to income tax adjustments for the years 2009 and

2    2010, and the IRS assessed those additional tax liabilities accordingly.

3    22.    The IRS assessed tax liabilities against Renato and Corazon for the years 2012,

4    2013, and 2015 based on their filed income tax returns.

5    23.    Renato and Corazon did not provide sufficient payment with their 2012, 2013, or

6    2015 tax returns to pay the balances due.

7                    **FEDERAL TAX LIABILITIES AND LIENS**

8    24.    A duly authorized delegate of the Secretary of the Treasury timely assessed joint

9    federal income taxes (Form 1040), penalties, and interest against Renato M. Almeda and

10    Corazon C. Almeda as follows:

| Tax Year | Assessment Date | Assessment Amount | | Unpaid Balance as of July 26, 2019[1] |
|----------|-----------------|-------------------|---|-------------------|
| 2005 | 10-05-2009 | Income Taxes: | $39,536.00 | $24,129.81 |
|      | 10-05-2009 | Accuracy Penalty:[2] | $7,692.40 | |
|      | 10-05-2009 | Interest: | $11,723.73 | |
|      | 05-24-2010 | Fees and Collection Costs: | $170.00 | |
|      | 12-08-2014 | Interest: | $5,846.91 | |
|      | 12-08-2014 | Late Payment Penalty: | $4,073.26 | |
| 2006 | 10-05-2009 | Income Taxes: | $30,416.00 | $69,968.33 |
|      | 10-05-2009 | Accuracy Penalty: | $5,975.80 | |
|      | 10-05-2009 | Interest: | $5,884.26 | |
|      | 12-08-2014 | Interest: | $7,966.89 | |
|      | 12-08-2014 | Late Payment Penalty: | $7,604.00 | |
| 2007 | 10-05-2009 | Income Taxes: | $58,396.00 | $125,322.21 |
|      | 10-05-2009 | Accuracy Penalty: | $11,227.20 | |
|      | 10-05-2009 | Interest: | $5,274.61 | |
|      | 12-08-2014 | Interest: | $14,114.45 | |
|      | 12-08-2014 | Late Payment Penalty: | $14,599.00 | |
| 2009 | 10-01-2012 | Income Taxes: | $14,881.00 | $29,291.02 |
|      | 10-01-2012 | Accuracy Penalty: | $2,976.20 | |

[1] The unpaid balance amounts in paragraph 24 include taxes, penalties, interest, payments, credits, and other adjustments through July 26, 2019.

[2] *See* 26 U.S.C. § 6662.

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

| Tax Year | Assessment Date | Assessment Amount | | Unpaid Balance as of July 26, 2019[1] |
|---|---|---|---|---|
| | 10-01-2012 | Interest: | $1,518.59 | |
| | 11-19-2012 | Fees and Collection Costs: | $110.00 | |
| | 12-08-2014 | Interest: | $1,319.94 | |
| | 12-08-2014 | Late Payment Penalty: | $1,934.53 | |
| 2010 | 10-01-2012 | Income Taxes: | $12,253.00 | $23,242.54 |
| | 10-01-2012 | Accuracy Penalty: | $2,450.60 | |
| | 10-01-2012 | Interest: | $662.59 | |
| | 12-08-2014 | Interest: | $1,041.26 | |
| | 12-08-2014 | Late Payment Penalty: | $1,592.89 | |
| 2012 | 11-18-2013 | Income Taxes: | $36,733.00 | $673.80 |
| | 11-18-2013 | Late Payment Penalty: | $236.76 | |
| | 11-18-2013 | Interest: | $119.93 | |
| | 02-16-2015 | Fees and Collection Costs: | $190.00 | |
| 2013 | 12-08-2014 | Income Taxes: | $30,457.00 | $8,193.77 |
| | 12-08-2014 | Estimated Tax Penalty: | $284.00 | |
| | 12-08-2014 | Late Payment Penalty: | $630.18 | |
| | 12-08-2014 | Interest: | $325.30 | |
| 2015 | 08-14-2017 | Income Taxes: | $3,371.00 | $5,830.08 |
| | 08-14-2017 | Late Filing Penalty: | $842.75 | |
| | 08-14-2017 | Interest: | $212.54 | |
| | 11-13-2017 | Fees and Collection Costs: | $198.00 | |
| | | **TOTAL:** | | **$286,651.56** |

25.     Since the dates of assessments described in paragraph 24 above, interest and other statutory additions have accrued and will continue to accrue as provided by law. As of July 26, 2019, Renato and Corazon owe $286,651.56 in joint federal income tax liabilities for the years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015.

26.     Despite timely notice and demand for payment of the assessed sums described in paragraph 24 above, Renato and Corazon have refused or neglected to pay the assessed amounts to the United States. Therefore, pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose in favor of the United States upon all property and rights to property belonging to Renato and Corazon as of the date of each assessment.

U.S. Complaint
(Case No. )

5

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

27.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following Notices of Federal Tax Lien ("NFTL") naming Renato M. and Corazon C. Almeda as the taxpayer:

| Location of Filing | Kind of Tax | Tax Years | Filing Date |
|---|---|---|---|
| King County Auditor | 1040 | 2005, 2006, 2007 | 05-04-2010 |
| King County Auditor | 1040 | 2009, 2010 | 11-02-2012 |
| King County Auditor | 1040 | 2012, 2013 | 01-05-2015 |
| King County Auditor | 1040 | 2015 | 10-25-2017 |

## SUBJECT PROPERTY

28.     The Subject Property consists of King County Assessor's Parcel Number 057300-0150, located at 5427 40th Avenue West, Seattle, Washington 98199 and legally described as:

Lots 11, 12 and 13 in Block 4, and that portion of Lot 10 of said Block 4, lying Northerly of a line described as follows:

Beginning at a point on the Southeasterly line of said Block 4, which point is 246.45 feet Northeasterly from the Southeast corner thereof; Thence North 89 degrees 50 minutes 17 seconds West, 79.38 feet to the Westerly margin of said Block and the terminus of said described land;

All in BAY TERRACE ADDITION TO THE CITY OF SEATTLE, as per plat recorded in Volume 7 of plats, page 61, records of King County;

TOGETHER WITH that portion of vacated 40th Avenue West adjoining, which, upon vacation, attaches to said property by operation of law;

SITUATE in the City of Seattle, County of King, State of Washington.

29.     Renato and Corazon Almeda purchased the Subject Property from Todd C. Harps and Michele L. Harps on December 8, 1992.

30.     A statutory warranty deed conveying the Subject Property to "Renato Almeda and Corazon C. Almeda, husband and wife" was recorded with the King County Auditor on December 11, 1992.

U.S. Complaint
(Case No. )

6

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

31.     The Subject Property was acquired as community property by Renato and Corazon Almeda under RCW 26.16.030.

32.     Renato has resided in the Subject Property from 1992 to the present.

33.     Corazon resided in the Subject Property from 1992 until 2016.

34.     Upon information and belief, a personal representative of Corazon Almeda's estate has not been appointed and a probate estate has not been opened. Renato Almeda is the surviving spouse of Corazon Almeda, and Corazon's interests in her assets, including the Subject Property, immediately vested with him upon Corazon's death. *See* RCW 11.04.015, 11.02.070; *Robertson v. GMAC Mortg. LLC*, 2013 WL 6017482, at *3 (W.D. Wash. Nov. 14, 2013).

35.     Renato Almeda has been the sole owner of the Subject Property since Corazon's death in 2016.

**FIRST CLAIM FOR RELIEF:**
**REDUCE TO JUDGMENT FEDERAL INCOME TAX ASSESSMENTS**
**AGAINST RENATO M. ALMEDA AND THE ESTATE OF CORAZON C. ALMEDA**

36.     The United States incorporates the allegations stated in paragraphs 1 to 35.

37.     The IRS timely assessed joint federal income taxes, interest, and penalties against Renato M. Almeda and Corazon C. Almeda for tax years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015, as described in paragraph 24.

38.     Despite timely notice and demand for payment of the assessments set forth in paragraph 24, Renato and Corazon have neglected, failed, or refused to pay the assessed amounts to the United States.

39.     Accordingly, the United States has established a claim against Renato and Corazon for unpaid joint federal income tax liabilities in the amount of $286,651.56 as of July 26, 2019, plus interest and other statutory additions accruing thereafter as provided by law.

U.S. Complaint
(Case No. )

7

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

40.     Under 26 U.S.C. § 7402(a), the United States is entitled to judgment against Renato M. Almeda and the Estate of Corazon C. Almeda for the unpaid balance of the assessments for tax years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015 described in paragraph 24, *i.e.*, $286,651.56 as of July 26, 2019, plus interest and other statutory additions accruing to the date of payment.

**SECOND CLAIM FOR RELIEF:**
**FORECLOSE FEDERAL TAX LIENS ON THE SUBJECT PROPERTY**

41.     The United States incorporates the allegations stated in paragraphs 1 to 40.

42.     Under 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the dates of the assessments set forth in paragraph 24, and attached to all property and rights to property belonging to Renato and Corazon, including the Subject Property.

43.     Renato and Corazon owned the Subject Property starting in 1992, and upon information and belief, Renato became the sole owner in 2016.

44.     Federal tax liens attached to the Subject Property when the IRS assessed joint income tax liabilities against Renato and Corazon, as set forth in paragraph 24, and the liens remain attached to the Subject Property now in the hands of Renato.

45.     In the alternative, federal tax liens attached and remain attached to the Subject Property because it was acquired as community property, and Renato and Corazon's joint income tax liabilities are community debts.

46.     The United States provided notice to third parties entitled to notice of the statutory tax liens under 26 U.S.C. § 6323 by filing Notices of Federal Tax Lien as described in paragraph 27.

U.S. Complaint
(Case No. )

8

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

47.     The United States' federal tax liens have priority over all interests in the Subject Property acquired after the attachment of the liens, subject to 26 U.S.C. § 6323.

48.     Under 26 U.S.C. § 7403, the United States is entitled to enforce its federal tax liens against the Subject Property by foreclosing upon and selling the property, with an appropriate portion of the net proceeds to be distributed to the United States for application toward the unpaid federal tax liabilities of Renato M. Almeda and Corazon C. Almeda in accordance with the law.

WHEREFORE, the United States prays as follows:

A.      That the Court determine and adjudge that Defendants Renato M. Almeda and the Estate of Corazon C. Almeda are indebted to the United States for joint federal income tax liabilities for the years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015 in the amount of $286,651.56, plus interest and other statutory additions accruing from July 26, 2019 as provided by law, or in such amount as the Court determines, and that judgment in that amount be entered against Renato M. Almeda and the Estate of Corazon C. Almeda, jointly and severally, and in favor of the United States;

B.      That the Court determine, adjudge, and decree that the United States has valid and subsisting federal tax liens on all property and rights to property belonging to Renato M. Almeda and the Estate of Corazon C. Almeda, including but not limited to, the Subject Property;

C.      That the Court determine the interests of Renato M. Almeda, the Estate of Corazon C. Almeda, and all other named Defendants in the Subject Property and their respective priorities in a distribution of proceeds from a sale of such property;

D.      That the federal tax liens against Renato M. Almeda and Corazon C. Almeda be foreclosed upon the Subject Property, that such property be sold under 26 U.S.C. § 7403 and 28

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

U.S.C. § 2001, and that the proceeds from such sale be distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties, with an appropriate portion of the proceeds going to the United States for application toward the unpaid federal tax liabilities of Renato M. Almeda and Corazon C. Almeda; and

   E. That the United States be granted its costs and attorney's fees herein, and such other and further relief as the Court deems just and proper.


Dated: July 23, 2019

         Respectfully submitted,

         RICHARD E. ZUCKERMAN
         Principal Deputy Assistant Attorney General

         /s/ Jennifer Y. Golden
         JENNIFER Y. GOLDEN
         Trial Attorney, Tax Division
         U.S. Department of Justice
         P.O. Box 683, Ben Franklin Station
         Washington, D.C.  20044
         Tel:  202-307-6547
         Fax: 202-307-0054
         Jennifer.Y.Golden@usdoj.gov

         Of Counsel:
         BRIAN T. MORAN
         United States Attorney
         Western District of Washington

         *Attorneys for the United States of America*

U.S. Complaint
(Case No. )

10

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Renato M. Almeda; Estate of Corazon C. Almeda; JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King County, Washington |
| **(b)**  County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   King <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* <br><br> Jennifer Y. Golden, U.S. Department of Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, DC 20044, 202-307-6547 | Attorneys *(If Known)* |

| II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* <br> *(For Diversity Cases Only)*                    *and One Box for Defendant)* |
|---|---|---|

| II. BASIS OF JURISDICTION | III. CITIZENSHIP OF PRINCIPAL PARTIES |
|---|---|
| ☒ 1  U.S. Government <br>     Plaintiff <br><br> ☐ 2  U.S. Government <br>     Defendant | ☐ 3  Federal Question <br>        *(U.S. Government Not a Party)* <br><br> ☐ 4  Diversity <br>        *(Indicate Citizenship of Parties in Item III)* | |

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br> Liability <br> ☐ 320 Assault, Libel & <br> Slander <br> ☐ 330 Federal Employers' <br> Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br> Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br> Product Liability <br> ☐ 360 Other Personal <br> Injury <br> ☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br> Product Liability <br> ☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br> ☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br> Property Damage <br> ☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br> ☐ 690 Other <br><br><br><br><br> **LABOR** <br> ☐ 710 Fair Labor Standards <br> Act <br> ☐ 720 Labor/Management <br> Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br> Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br> Income Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br> 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br> New Drug Application <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> ☒ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br> ☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br> 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 485 Telephone Consumer <br> Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br> Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br> Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br> ☐ 950 Constitutionality of <br> State Statutes |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br> Accommodations <br> ☐ 445 Amer. w/Disabilities - <br> Employment <br> ☐ 446 Amer. w/Disabilities - <br> Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br> Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

| ☒ 1  Original <br> Proceeding | ☐ 2  Removed from <br> State Court | ☐ 3  Remanded from <br> Appellate Court | ☐ 4  Reinstated or <br> Reopened | ☐ 5  Transferred from <br> Another District <br> *(specify)* | ☐ 6  Multidistrict <br> Litigation - <br> Transfer | ☐ 8  Multidistrict <br> Litigation - <br> Direct File |
|---|---|---|---|---|---|---|

| VI.  CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br> 26 U.S.C. 7403 <br> Brief description of cause: <br> Reduce federal tax assessments to judgment and foreclose federal tax liens |
|---|---|

| VII.  REQUESTED IN <br> COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION** <br> UNDER RULE 23, F.R.Cv.P. | DEMAND $ <br> 286,651.56 | CHECK YES only if demanded in complaint: <br> **JURY DEMAND:**   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII.  RELATED CASE(S) <br> IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE <br> 07/23/2019 | SIGNATURE OF ATTORNEY OF RECORD <br> /s/ Jennifer Y. Golden |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # _____ | AMOUNT _____ | APPLYING IFP _____ | JUDGE _____ | MAG. JUDGE _____ |
|---|---|---|---|---|

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Renato M. Almeda; Estate of Corazon C. Almeda; | ) |
| JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King | ) |
| County, Washington | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Renato M. Almeda
5427 40th Avenue West
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Renato M. Almeda; Estate of Corazon C. Almeda; JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King County, Washington <br>_____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Estate of Corazon C. Almeda
c/o Renato M. Almeda, Distributee
5427 40th Avenue West
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Renato M. Almeda; Estate of Corazon C. Almeda; JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King County, Washington | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JPMorgan Chase Bank, N.A.
c/o JPMorgan Chase & Co.
c/o CT Corporation System, registered agent
711 Capitol Way South, Suite 204
Olympia, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| United States of America | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Renato M. Almeda; Estate of Corazon C. Almeda; | ) |
| JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King | ) |
| County, Washington | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PNC Bank, N.A.
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Renato M. Almeda; Estate of Corazon C. Almeda; JPMorgan Chase Bank, N.A.; PNC Bank, N.A.; King County, Washington | ) ) ) | |
| | ) | |
| _____ *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   King County
c/o County Auditor
516 Third Avenue, Room W-1033
Seattle, WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: