1

2

3

4

5

6             UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   UNITED STATES OF AMERICA,

9                  Plaintiff,                    CASE NO. 2:19-cv-01137-RAJ-BAT

10         v.                                    **ORDER GRANTING STIPULATED
                                                MOTION REGARDING LIEN
11  RENATO M. ALMEDA, individually and          PRIORITY BETWEEN THE
    as distribute of the Estate of Corazon C.   UNITED STATES, KING COUNTY,
12  Almeda; ESTATE OF CORAZON C.                AND JPMORGAN CHASE BANK,
    ALMEDA; JPMORGAN CHASE BANK                 N.A.**
13  N.A.; PNC BANK N.A.; and KING
    COUNTY, WASHINGTON,
14
                   Defendants.
15

16        The Court, having reviewed Plaintiff's complaint, the proposed Stipulation (Dkt. 11), the

17  Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

18  Judge, any objections thereto, and the remaining record, does hereby find and **ORDER**:

19        (1)    The Court adopts the Report and Recommendation;

20        (2)    The Stipulation of the United States of America and Defendants King County and

21  JPMorgan Chase Bank, N.A. (Dkt. 11) is **ADOPTED** pursuant to LCR 10(g).

    //
22
    //
23

    ORDER GRANTING STIPULATED MOTION
    REGARDING LIEN PRIORITY BETWEEN
    THE UNITED STATES, KING COUNTY,
    AND JPMORGAN CHASE BANK, N.A. - 1

1    (3)    The Clerk shall re-refer this case to Magistrate Judge Tsuchida for further

2  proceedings.

3        DATED this 18th day of November, 2019.

4

5

6  _____

7  The Honorable Richard A. Jones
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION
REGARDING LIEN PRIORITY BETWEEN
THE UNITED STATES, KING COUNTY,
AND JPMORGAN CHASE BANK, N.A. - 2