UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>RENATO M. ALMEDA, individually and as distribute of the Estate of Corazon C. Almeda; ESTATE OF CORAZON C. ALMEDA; JPMORGAN CHASE BANK N.A.; PNC BANK N.A.; and KING COUNTY, WASHINGTON,<br><br>      Defendants. | CASE NO. 2:19-cv-01137-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Before the Court is the Stipulation of Plaintiff United States of America ("United States") and Defendants Renato M. Almeda and the Estate of Corazon C. Almeda, which resolves the United States' claims against Renato M. Almeda and the Estate of Corazon C. Almeda. Dkt. 15.[1] These parties request that the Court adopt their Stipulation pursuant to LCR 10(g). The undersigned recommends that the Court adopt the Stipulation as proposed.

## DISCUSSION

The United States filed this action to reduce to judgment federal income tax assessments against Renato M. Almeda and the Estate of Corazon C. Almeda, for the years 2005, 2006, 2007,

---

[1] The remaining defendants were named pursuant to 26 U.S.C. § 7403(b), because they may claim an interest in the Subject Property. *See* Dkt. 13.

REPORT AND RECOMMENDATION - 1

1   2009, 2010, 2012, 2013, and 2015, and to foreclose federal tax liens on real property located in
2   King County, Washington (the "Subject Property"). *See* Complaint (Dkt. 1) and Stipulation (Dkt.
3   11 at 1-2).

4   Renato M. Almeda and the Estate of Corazon C. Almeda are indebted to the United
5   States for joint federal income tax liabilities for the years 2005, 2006, 2007, 2009, 2010, 2012,
6   2013, and 2015 in the amount of $286,651.56, plus interest and other statutory additions accruing
7   from July 26, 2019 as provided by law. Accordingly, the parties stipulate that judgment should
8   be entered in favor of the United States and against Renato M. Almeda and the Estate of Corazon
9   C. Almeda on the first claim for relief in the Complaint.

10  The federal tax liens against Renato M. Almeda and Corazon C. Almeda are foreclosed
11  upon the Subject Property, and the United States is entitled to sell the Subject Property under 26
12  U.S.C. § 7403. Accordingly, the parties stipulate that judgment should be entered in favor of the
13  United States and against Renato M. Almeda and the Estate of Corazon C. Almeda on the second
14  claim for relief in the Complaint.

15  The parties further stipulate that foreclosure of the Subject Property should be stayed
16  until June 30, 2020, after which the United States may move for an order of sale for the Subject
17  Property if the judgment has not been paid in full. In the interim, Renato M. Almeda and the
18  Estate of Corazon C. Almeda intend to pursue a private sale of the Subject Property. Assuming
19  the property sells, the proceeds are expected to pay the judgment in full.

20  Having carefully reviewed the Stipulation, the undersigned recommends that it be
21  adopted by the Court as proposed.

22  //
23  //

REPORT AND RECOMMENDATION - 2

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **January 8, 2020.** The Clerk should note the matter for **January 10, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed six (6) pages. The failure to timely object may affect the right to appeal.

DATED this 19th day of December, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3