UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RENATO M. ALMEDA, individually and as distribute of the Estate of Corazon C. Almeda; ESTATE OF CORAZON C. ALMEDA; JPMORGAN CHASE BANK N.A.; PNC BANK N.A.; and KING COUNTY, WASHINGTON,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-cv-01137-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AND STAY OF FORECLOSURE** |

　　　　The Court, having reviewed Plaintiff's complaint, the proposed Stipulation (Dkt. 15), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and **ORDER**:

　　　　(1)　　The Court adopts the Report and Recommendation;

　　　　(2)　　The Stipulation (Dkt. 15) is **GRANTED** and the Clerk of Court is directed to enter judgment as follows:

　　　　　　　(a)　　Judgment in favor of the United States and against Renato M. Almeda and the Estate of Corazon C. Almeda for joint federal income tax liabilities for the years 2005, 2006, 2007, 2009, 2010, 2012, 2013, and 2015, in the amount of $286,651.56, plus

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF JUDGMENT AND STAY OF
FORECLOSURE - 1

interest and other statutory additions accruing from July 26, 2019 as provided by law under 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

  (b) The United States has valid and subsisting federal tax liens on all property and rights to property belonging to Renato M. Almeda and the Estate of Corazon C. Almeda, including but not limited to, the real property located at 5427 40th Avenue West, Seattle, Washington 98199 (the "Subject Property").

  (c) The federal tax liens against Renato M. Almeda and Corazon C. Almeda are foreclosed upon the Subject Property, and the United States is entitled to sell the Subject Property under 26 U.S.C. § 7403.

(3) Foreclosure of the Subject Property is **stayed** until June 30, 2020, after which the United States may move for an order of sale for the Subject Property if the judgment has not been paid in full.

DATED this 26th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF JUDGMENT AND STAY OF
FORECLOSURE - 2